# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00055-CV

---

**In re Adrian Acosta**

---

### ORIGINAL PROCEEDING FROM COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator Adrian Acosta has filed a petition for writ of mandamus, seeking to compel Pfluger Bars, LLC to make certain business records available for examination. However, we lack jurisdiction to issue such a writ of mandamus unless necessary to enforce our jurisdiction, which is not implicated here. *See* Tex. Gov't Code § 22.221(b); *see also In re Elusive Holdings, Inc.*, No. 03-21-00563-CV, 2021 WL 6138796, at *2 (Tex. App.—Austin Dec. 30, 2021, orig. proceeding). The petition for writ of mandamus is dismissed for want of jurisdiction.

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Triana

Filed: February 18, 2022